UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Justin T. Quinn, U.S.M.J. |
| v. | : | Crim. No. 17-107 (MAS) |
| THOMAS ROGERS | : | **DETENTION ORDER** |

This matter having been opened to the Court on motion of the United States, by Alina Habba, United States Attorney for the District of New Jersey (Alexander E. Ramey, Assistant United States Attorney, appearing) for an order pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and Title 18, United States Code, Section 3143(a)(1) to detain the defendant in the above-captioned matter; and the defendant, Thomas Rogers (through counsel, Adam Axel, Assistant Federal Public Defender), having opposed the motion and sought conditions of pre-hearing release; the Court having considered the proffers of counsel and the arguments of the parties; for the reasons set forth on the record; and for good cause shown:

THE COURT FINDS:

1. The defendant has failed to establish by clear and convincing evidence that he will not flee or pose a danger to any other person or the community; and

2. No combination of conditions has been presented that will reasonably assure the appearance of the defendant and the safety of the community;

ORDERED, pursuant to Title 18, United States Code, Section 3143(a), that the defendant, Thomas Rogers, be detained, and that he be committed to the custody of the Attorney General or his authorized representative; and it is further

ORDERED that such detention be without prejudice to the defendant's right to seek prehearing release based on a new bail package, pursuant to Title 18, United States Code, Section 3142(f), at a later date; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____  6/9/2025
HONORABLE JUSTIN T. QUINN
UNITED STATES MAGISTRATE JUDGE