UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THOMAS ROGERS | Crim. No. 17-CR-107 (MAS)<br><br>**RELEASE ORDER** |

    This matter having been opened to the Court by the defendant, Thomas Rogers, on a motion under Fed. R. Crim. P. 32.1(a)(6), for pre-hearing release pending the final hearing on the petition charging him with violations of the conditions of his supervised release; and the United States being represented by Alina Habba, United States Attorney for the District of New Jersey (Alexander Ramey, Assistant U.S. Attorney, appearing); and the Defendant being represented by Adam Axel, Esq.; and it appearing that the Defendant remains under the supervision of United States Probation; and if further appearing that United States Probation has conducted an investigation into the defendant's proposed conditions of pre-hearing release and has vetted and approved the defendant's proposed residential address and third party custodian; the United States and United States Probation consenting to the motion and this Order; and for good cause shown:

    IT IS, therefore, on this 3rd day of July, 2025,

    ORDERED that:

1. Mr. Rogers shall be released from the custody of the United States Marshal on **July 7, 2025 at 9 a.m.**;

2. Mr. Rogers shall be released on home detention with location monitoring, with the ability to work at stationary employment as approved by Probation;

3. Mr. Rogers shall reside at 108 Coolidge Avenue, first floor, Trenton, New Jersey, 08618 or another address as approved by Probation;

4. All prior conditions of supervision remain in place, Defendant will remain under Probation's supervision, and he must continue to comply with all of Probation's conditions and recommendations as part of his continued Supervised Release.

_____
HON. JUSTIN T. QUINN
United States Magistrate Judge